Fill in this information to identify the case:

Debtor name: **Ortley Beach House LLC**

United States Bankruptcy Court for the: District of **New Jersey**
(State)

Case number (if known): **25-11156(MEH)**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>**Brick CSD Kitchen and Bath**<br><br>Creditor's mailing address<br>**2791 Hooper Ave**<br>**Brick, NJ 08723**<br><br>Creditor's email address, if known<br><br>Date debt was incurred **1/31/2025**<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>1) Wilmington Savings Fund Society FSB; 2) RTLF-NJ II LLC; 3) Brick CSD Kitchen and Bath | Describe debtor's property that is subject to a lien<br>**4 7th Avenue Seaside Heights, NJ 08751**<br><br>Describe the lien<br>**Mortgage**<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,556.67 | $1,850,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $1,111,990.36

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 4

Debtor **Ortley Beach House LLC**
Name

Case number (if known) **25-11156(MEH)**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.2** Creditor's name
**RTLF-NJ II LLC**

Describe debtor's property that is subject to a lien
4 7th Avenue Seaside Heights, NJ 08751

$625.69     $1,850,000.00

Creditor's mailing address
**PO Box 71054**

**Chicago, IL 60694-1054**

Describe the lien
**Tax Sale Certificate**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    **01/10/2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Debtor **Ortley Beach House LLC**
Name

Case number (if known) **25-11156(MEH)**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.3** Creditor's name
**Wilmington Savings Fund Society FSB**

Describe debtor's property that is subject to a lien
4 7th Avenue Seaside Heights, NJ 08751

**$1,106,808.00**    **$1,850,000.00**

Describe the lien

Creditor's mailing address
As Owner Trustee of Res Credit Opp Trust
3020 Old Ranch Parkway, #180
Seal Beach, CA 90740

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Debtor    **Ortley Beach House LLC**_____    Case number (if known) **25-11156(MEH)**_____
          Name

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **TaxServ Capital Services LLC**<br>400 N. Congress Ave, Ste 101<br>West Palm Beach, FL 33401 | Line 2. **2** | ___ ___ ___ ___ |
| **Toms River Tax Collector's Office**<br>PO Box 607<br>Toms River, NJ 08754 | Line 2. **2** | ___ ___ ___ ___ |
| **Romano Garubo & Argentieri**<br>Emmanuel J. Argentieri, Esq.<br>52 Newton Ave - PO Box 456<br>Woodbury, NJ 08096 | Line 2. **3** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**    page __4__ of __4__

Fill in this information to identify the case:

Debtor name _____**Ortley Beach House LLC**_____

United States Bankruptcy Court for the:
_____**District of New Jersey**_____

Case number (if known): _____**25-11156(MEH)**_____

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☑ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/4/24 .
         MM/ DD/ YYYY

X _____/s/_____
Signature of individual signing on behalf of debtor

**Trinsky W. Chandra**
Printed name

**Sole Member**
Position or relationship to debtor